United States District Court
for the
Eastern District of New York

| | |
|---|---|
| ARCPE HOLDING LLC, | ) |
| | ) |
| | ) |
| | ) Civil Action No. |
| Plaintiff, | ) |
| | ) |
| | ) |
| -against- | ) |
| | ) |
| 9Q4U5E LLC, ALEXANDER T. DATOR A/K/A ALEXANDER DATOR, CHASE MANHATTAN MORTGAGE CORP., DISCOVER BANK, BANK OF AMERICA, N.A., NEW YORK CITY ENVIRONMENTAL CONTROL BOARD, JOHN DOE (Those unknown tenants, occupants, persons or corporations or their heirs, distributees, executors, administrators, trustees, guardians, assignees, creditors or successors claiming an interest in the mortgaged premises.) | ) RULE 7.1 CORPORATE DISCLOSURE ) STATEMENT |
| Defendants. | ) |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff ARCPE HOLDING LLC certifies as follows:

1. ARCPE HOLDING LLC is a Florida limited liability company entirely owned by John Olson, a Florida resident.

Dated: September 19, 2019
New York, New York

/s/ Ross Eisenberg
Ross Eisenberg, Esq
Hasbani & Light P.C.
*Attorneys for Plaintiff*
450 Seventh Ave. Suite 1408
New York, New York 10123
Tel.: (212) 643-6677