Ross Eisenberg, Esq.
**ROSS EISENBERG LAW PLLC**
*Attorney for Plaintiff*
445 Central Ave. Suite 112
Cedarhurst N.Y. 11516
Tel: (516)828-5122
Email: ross@eisenberglawpllc.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

ARCPE HOLDING, LLC,                                                  Docket No.: 19-cv-06417

                     Plaintiff,

-against-                                                            **STIPULATION OF DISMISSAL**

9Q4U5E LLC, CHASE MANHATTAN MORTGAGE CORP.,
DISCOVER BANK, BANK OF AMERICA, N.A.,
NEW YORK CITY ENVIRONMENTAL CONTROL
BOARD,
                     Defendants.
-----------------------------------------------------------------------x

    **WHEREAS**, ARCPE HOLDING, LLC, ("Plaintiff"), commenced this action to foreclose a mortgage held by Plaintiff on real property located in Queens County and known as Block 1508 Lot 62 and also known as 83-17 Britton Ave., Flushing, NY 11373; and

    WHEREAS, the Summons and Complaint were duly filed with the Clerk of the Court on November 13, 2019; and

    WHEREAS, 9Q4U5E LLC was served with the summons and complaint and did not appear and/or answer the Complaint, and

    WHEREAS, the parties have agreed to resolve this mortgage foreclosure action by a loan payoff; and

    WHEREAS, upon information and belief, none of the parties herein is an infant, incompetent or absentee;

    NOW, in consideration for the mutual promises recited herein, it is hereby STIPULATED

and AGREED as follows:

1. Plaintiff's Complaint is hereby withdrawn and this action is discontinued with prejudice;

2. All claims interposed with regard to the above-captioned matter are withdrawn and discontinued without costs to any party against the other(s);

3. Either party to this Stipulation, without notice to the other, at its option, may submit this Stipulation to the Court and have same So Ordered.

4. This Stipulation may be filed without further notice with the Clerk of the Court.

5. That this Stipulation may be executed in counterparts, which counterparts, when taken together, shall constitute this Stipulation; and

6. Facsimile copies of signatures made upon this Stipulation shall be accepted as original signatures.

Dated: June 9, 2023

*Ross Eisenberg*
Ross Eisenberg, Esq.
Ross Eisenberg Law PLLC
*Attorney for Plaintiff*
445 Central Ave. Suite 112
Cedarhurst, N.Y. 11516
Tel (516)828-5122

Dated: June, 12, 2023

*GERARD MISK*
Gerard N. Misk, Esq. (7428)
GINSBURG & MISK, LLP
*Attorney for 9Q4U5E LLC*
215-48 Jamaica Avenue
Queens Village, New York 11428
Tel (718) 468-0500