Ross Eisenberg, Esq.
**ROSS EISENBERG LAW PLLC**
*Attorney for Plaintiff*
445 Central Ave. Suite 112
Cedarhurst N.Y. 11516
Tel: (516)828-5122
Email: ross@eisenberglawpllc.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ARCPE HOLDING, LLC,   Docket No.: 19-cv-06417

                Plaintiff,

-against-   **AFFIRMATION OF SERVICE**

9Q4U5E LLC, CHASE MANHATTAN MORTGAGE CORP.,
DISCOVER BANK, BANK OF AMERICA, N.A.,
NEW YORK CITY ENVIRONMENTAL CONTROL
BOARD,
                Defendants.
------------------------------------------------------------------------x

    Ross Eisenberg, Esq., an attorney duly admitted to practice law in the State of New York affirms the truth of the following under the penalty of perjury:

    I, Ross Eisenberg, Esq., am over eighteen (18) years of age, I am not a party to this action, and I reside in Nassau County in the State of New York. On June 29, 2023, I served the

**June 26, 2023 Electronic Order**

by regular first class mail by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following persons at the last known address set forth:

Chase Manhattan Mortgage Corp.
C/O CT Corporation System
28 Liberty Street
New York, N.Y. 10005

Discover Bank
502 E. Market St.
Greenwood, DE 19950

Dated: June 29, 2023
      Cedarhurst, New York

                                                  */s/ Ross Eisenberg*_____
                                                  Ross Eisenberg, Esq.